Mrs. Trilby DAGGETT and Joe Daggett, Appellants,

v.

Mrs. Johnnie CRAWFORD and Grant L. Crawford, Appellees.

No. 11789.

United States Court of Appeals, Sixth Circuit.

Dec. 11, 1953.

Bullock & Bullock, Memphis, Tenn., for appellants.

Thomas A. Buford, Memphis, Tenn., for appellees.

Before SIMONS, Chief Judge, and McALLISTER and MILLER, Circuit Judges.

PER CURIAM.

The above cause coming on to be heard upon the record, the briefs of the parties, and the arguments of counsel in open court, and the court being duly advised,

Now, therefore, it is ordered, adjudged, and decreed that the judgment appealed from be and is hereby affirmed for the reasons stated in the opinion of the district court.

George L. VISCONTE, Plaintiff-Appellant,

v.

NEW YORK CENTRAL RAILROAD COMPANY, Defendant-Appellee.

No. 172, Docket 22945.

United States Court of Appeals Second Circuit.

Argued Feb. 11, 1954.

Decided Feb. 11, 1954.

Mervin Morehouse, Rochester, N. Y., for plaintiff-appellant.

Harris, Beach, Keating, Wilcox & Dale, Rochester, N. Y., (Charles S. Wilcox, Rochester, N. Y., of counsel) for defendant-appellee.

Before CHASE, Chief Judge, and L. HAND and MEDINA, Circuit Judges.

PER CURIAM.

Judgment affirmed in open court.